# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JASMIN ARECHIGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-724-GKF-TLW |
| | ) |
| 1. ABERDEEN ENTERPRIZES II, INC., a domestic for profit business corporation, | ) ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Jasmin Arechiga, along with Defendant Aberdeen Enterpizes II, Inc., by and through their respective attorneys of record, and jointly stipulate to dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and no party asserts or admits to any liability on the part of any other party. Each party will bear her/its own costs related to this matter. As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

/s/ Michael J. McDaniel
Michael J. McDaniel, OBA No. 18419
John R. Woodard, III, OBA No. 9853
**COFFEY, SENGER & MCDANIEL**
4725 E. 91st St.
Tulsa, Oklahoma 74137
(918) 292-8787 – Telephone
(918) 292-8788 – Facsimile
michael@csmlawgroup.com
john@csmlawgroup.com
*Attorneys for Defendant:*
*Aberdeen Enterprizes II, Inc.*

**\***/s/ Timothy S. Kittle
*(\*Signed with consent of Counsel for Plaintiff)*
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
11114 South Yale Avenue, Suite B
Tulsa, Oklahoma 74137
(918) 924-5101 – Telephone
(918) 512-4888 – Facsimile
David@KLGattorneys.com
Tim@KLGattorneys.com
***Attorneys for Plaintiff:***
***Jasmin Arechiga***